IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| QUANTELDRICK N. AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-0169 |
| ) | |
| JASON DARK, CPD,[1] ) | CHIEF JUDGE HAYNES |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's application to proceed *in forma pauperis* (Docket Entry No. 2) is **GRANTED**. In accordance with Memorandum, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2). Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

Pursuant to 28 U.S.C. § 1915(b), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The custodian of Plaintiff's inmate trust fund account at the institution where he now resides is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's inmate trust account; or (b) 20% of the average monthly balance in Plaintiff's inmate trust fund account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b) (1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff's trust account for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28

---

[1] The Clerk is directed to correct the docket to reflect that the defendant's name, as indicated on the complaint and attached exhibits, is Jason Dark, not Jason Park.

U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **SHALL** send a copy of this order to the Administrator of the Maury County Jail where Plaintiff is currently housed to ensure that the custodian of Plaintiff's inmate trust account complies with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. Should Plaintiff be transferred from his present place of confinement, the custodian of his inmate trust fund account shall ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be forwarded to the Clerk of Court for the Middle District of Tennessee.

It is so **ORDERED**.

This the 26th day of November, 2012.

William J. Haynes, Jr.
Chief United States District Judge